**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:94-CR-153** |
| | : | |
| **v.** | : | **(Judge Caldwell)** |
| | : | |
| **ALLEN GROSSMAN aka ALLEN BUSH,** | : | **(Electronically Filed)** |
| **HARRY COBB aka PAUL MEAD,** | : | |
| **HOWARD SHULMAN aka HOWARD HENDERSON,** | : | |
| **JAMES TSIOUBRIS aka JIM FISHER,** | : | |
| **EQUITY CONTROL EXCHANGE,** | : | |
| **ASSOCIATED OVERSEAS INVESTORS SERVICES,** | : | |
| **GHEKO FOX YAMOTO CAPITAL MANAGEMENT, and** | : | |
| **KWEST CONTRACTING INCORPORATED** | : | |

**MOTION TO DISMISS INDICTMENT**

**AND NOW,** comes the government through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Motion to Dismiss Indictment:

1. The defendants were charged with mail fraud and related offenses in an indictment that was filed July 19, 1994.

2. The defendants are citizens and/or residents of Canada.

3. Canada has refused to extradite the defendants to the United States for trial.

**WHEREFORE**, the government requests the Court to enter an order directing that the indictment in the above-captioned case be dismissed.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

s/Christy H. Fawcett
CHRISTY H. FAWCETT
Assistant U.S. Attorney
PA35067
Christy.Fawcett@usdoj.gov

228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:94-CR-153** |
| | : | |
| **v.** | : | **(Judge Caldwell)** |
| | : | |
| **ALLEN GROSSMAN aka ALLEN BUSH, HARRY COBB aka PAUL MEAD, HOWARD SHULMAN aka HOWARD HENDERSON, JAMES TSIOUBRIS aka JIM FISHER, EQUITY CONTROL EXCHANGE, ASSOCIATED OVERSEAS INVESTORS SERVICES, GHEKO FOX YAMOTO CAPITAL MANAGEMENT, and KWEST CONTRACTING INCORPORATED** | : | **(Electronically Filed)** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 23rd day of January 2007, she served a copy of the attached

**MOTION TO DISMISS INDICTMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Allen Grossman
24 Redford Place
Thornhill, Ontario
Canada L4J 7S8

Frank Arcuri, Esquire
29 East Princess Street
York, PA 17403

Harry Cobb
c/o Paul Stern
390 Bay Street, Suite 1724
Toronto, Ontario
Canada M5H 2Y2

James Tsioubris
476 Lytton Boulevard
North York, Ontario
Canada M5N 1S6

Equity Control Exchange
290 Waterside Crescent
Maple, Ontario
Canada L6A 1V4

David J. Foster, Esquire
831 Market Street
P.O. Box 222
Lemoyne, PA 17043

Paul J. Killion
PA Disciplinary Board of the Supreme Court
Fulton Bank Building
Suite 1400
200 North Third Street
Harrisburg, PA 17101

s/Christina L. Garber
CHRISTINA L. GARBER
Legal Assistant