IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:94-CR-153 |
| v. : | (Judge Caldwell) |
| ALLEN GROSSMAN aka ALLEN BUSH, HARRY COBB aka PAUL MEAD, HOWARD SHULMAN aka HOWARD HENDERSON, JAMES TSIOUBRIS aka JIM FISHER, EQUITY CONTROL EXCHANGE, ASSOCIATED OVERSEAS INVESTORS SERVICES, GHEKO FOX YAMOTO CAPITAL MANAGEMENT, and KWEST CONTRACTING INCORPORATED : | (Electronically Filed) |

**ORDER**

**AND NOW,** this 25th day of January, 2007, upon consideration of the government's Motion to Dismiss Indictment and for the reasons stated therein, the Motion is hereby **GRANTED.** The indictment in the above-captioned case is dismissed.

William W. Caldwell
WILLIAM W. CALDWELL
U.S. District Court Judge

FILED
HARRISBURG PA
JAN 25 2007
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk